(which is not challenged) that the State had defendant's confession and that defendant had no defense to the murder charge, his suggestion that defendant plead guilty does not conflict with his client's best interests. Accordingly, we find that defendant was not deprived of the effective assistance of counsel.

The circuit court is affirmed in its denial of post-conviction relief.

Affirmed.

SULLIVAN, P. J., and DRUCKER, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* DAVID WHITE, Defendant-Appellee.

(No. 59487;

First District (5th Division)—January 18, 1974.

Opinion by Mr. JUSTICE ENGLISH.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, and William Linkul, of counsel), for the People.

Patrick A. Tuite and Harry J. Busch, both of Chicago, for appellee.